# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
**www.ca8.uscourts.gov**

July 07, 2020

Mr. Timothy DeFoggi
FEDERAL CORRECTIONAL INSTITUTION
56316-037
P.O. Box 2000
Joint Base MDL, NJ  08640

      RE:  20-1587  Timothy DeFoggi v. United States

Dear Mr. DeFoggi:

      Pursuant to your request in your letter dated July 1, 2020, attached is the docket sheet and the court's judgment.

                      Michael E. Gans
                      Clerk of Court

BNW

Enclosure(s)

cc:    Ms. Denise M. Lucks
        Mr. Michael P. Norris
        Ms. Tessie Leigh Seiler Smith

        District Court/Agency Case Number(s):  8:18-cv-00416-LSC
                                                      8:13-cr-00105-LSC-1